**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WARNER BROS. HOME ENTERTAINMENT, INC., et al.** | Case No. CV 16-1628 DMG (AJWx) |
| Plaintiffs, | |
| v. | **DEFAULT JUDGMENT** |
| **BILLY WILLIAMS, et al.,** | |
| Defendants. | |

This Court having granted Plaintiffs Warner Brothers Home Entertainment, Inc. and Disney Enterprises, Inc.'s motion for default judgment by order dated August 5, 2016,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiffs and against Defendant Billy Williams in the amount of $66,000 in statutory damages and $4560 in attorneys' fees. Williams is ordered to pay interest on the principal amount of the judgment to Plaintiffs pursuant to 28 U.S.C. § 1961(a).

Furthermore, Defendant Williams and his agents, servants, employees, representatives, and all persons in active concert and participation with him who receive actual notice of the injunction are hereby restrained and enjoined from: infringing Plaintiffs' Copyrighted Works—*The Vampire Diaries: The Complete Sixth Season* and *Once Upon A Time: The Complete Fourth Season* (collectively "the Works")—either directly or contributorily, in any manner, including generally, but not limited to, manufacturing, reproducing, importing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiffs' Works, and, specifically:

(a) Importing, manufacturing, distributing, advertising, selling and/or offering for sale unauthorized copies of Plaintiffs' Works or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Works;

(b) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to Plaintiffs' Works;

(c) Engaging in any conduct that tends falsely to represent, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, that the actions of Defendant, the counterfeit products and related merchandise manufactured, sold and/or offered for sale by Defendant, or Defendant himself are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs;

//

-3-

(d) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

DATED: August 5, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE